# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SUE A. NAHER,<br>on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>*Defendant.* | Case No. 1:17-cv-4812<br><br>Hon. Joan B. Gottschall,<br>United States District Court Judge<br><br>Hon. Mary Rowland,<br>United States Magistrate Judge |

## **ORDER**

Upon consideration of the Parties' Notice of Settlement and Joint Motion to Stay Case Pending Approval of Nationwide Settlement (Dkt. 42), it is HEREBY ORDERED:

1. Defendant Experian Information Solutions, Inc.'s Motion for Summary Judgment (Dkt. 26) is TERMINATED, by agreement of the Parties, to be reinstated if necessary;

2. The briefing schedule set forth in this Court's Order of July 12, 2018 (Dkt. 38) and all other case management deadlines are VACATED;

3. This matter is STAYED pending further order of this Court;

4. Plaintiff shall file a status report on the earlier of the following dates: (a) March 19, 2019, or (b) no more than fourteen (14) days after any ruling on the forthcoming motions for preliminary approval and final approval in the matter of *Clark v. Experian Information Solutions, Inc.*, Case No. 3:16-cv-0032-MHL (E.D. Va.), apprising the Court of the status thereof.

Date: Sept 19, 2018

Hon. Joan B. Gottschall
United States District Court Judge