## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Sue A Naher

                              Plaintiff,

v.                                                            Case No.: 1:17–cv–04812
                                                                 Honorable Joan B. Gottschall

Experian Information Solutions, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 25, 2019:

      MINUTE entry before the Honorable Joan B. Gottschall: Pursuant to the parties' stipulation of dismissal [47], the class claims are dismissed with prejudice, and plaintiff's individual claims are dismissed without prejudice. Civil case terminated. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.